625 A.2d 53

**Barbara Ann DALY, Appellant,**

v.

**WORKMEN'S COMPENSATION APPEAL BOARD (PENNSYLVANIA MEMORIAL HOME and State Workmen's Insurance Fund), Appellees.**

Supreme Court of Pennsylvania.

Submitted Sept. 21, 1992.

Decided May 26, 1993.

John G. Achille, Brookville, for appellant.

Paul J. Dufallo, Asst. Chief Counsel, Scranton, Ernest H. Sharif, Asst. Counsel, State Workmen's Compensation Ins. Fund, Pittsburgh, for appellees.

Before NIX, C.J., and LARSEN, FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY and MONTEMURO, JJ.

## *ORDER*

PER CURIAM:

Appeal dismissed as having been improvidently granted.